AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 12:39 pm, Aug 26, 2020

DUSTIN H. RAKER,

Plaintiff,

v.

GEORGIA DEPARTMENT OF CORRECTIONS; TIMOTHY WARD; JEFF COLEMAN; and EDWINA JOHNSON,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-53

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 8/25/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Plaintiff's Complaint is DISMISSED without prejudice, and in forma pauperis status on appeal is DENIED. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 26, 2020
Date

John E. Triplett, Acting Clerk
Clerk

Candy Asbell
(By) Deputy Clerk

GAS Rev 10/1/03